OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL NOTICE
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401682 OCT. 02. 2015

PRESORTED FIRST CLASS

COURT OF CRIMINAL APPEALS OF TEXAS

9/30/2015
JENKINS, DOUGLAS WAYNE ☆ Tr. Ct. No. P-1692-12-CR          WR-25,269-11
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

RETURNED TO SENDER

RELEASED BTS PKG FROM INDIVIDUAL NO MATCH NAME & NUMBER NEED TC # PKG FROM UNAUTHORIZE

DOUGLAS WAYNE JENKINS